Nob Hill Condominium, Section I, Appellant, v Susan Garrahan, Respondent.

Submitted June 18, 2007; decided September 11, 2007

Reported below, 38 AD3d 630.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of Nurayah J. Suffolk County Department of Social Services, Appellant; Faiza J., Respondent.

Submitted July 9, 2007; decided September 11, 2007

Reported below, 41 AD3d 477.

Motion for leave to appeal etc. denied. Motion for a stay dismissed as academic.

Chief Judge Kaye taking no part.

NYCTL 1999-1 Trust et al., Respondents, v NY Pride Holdings, Inc., et al., Defendants, and Union Street Management Group, Ltd., Appellant. Baroda Properties, Inc., et al., Proposed Intervenors-Respondents.

Submitted June 18, 2007; decided September 11, 2007

Reported below, 34 AD3d 774.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.